NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARVIN E. SANDERS,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7199

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-0378, Judge Lawrence B. Hagel.

---

**ON MOTION**

---

**O R D E R**

Eric K. Shinseki, Secretary of Veterans Affairs moves for a 14-day extension of time, until November 9, 2011, to file his brief. Marvin E. Sanders opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**OCT 2 7 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Marvin E. Sanders
Kent C. Kiffner, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**OCT 2 7 2011**

**JAN HORBALY**
**CLERK**